IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| YOLANDA AUGUST, individually and on behalf of all others similarly situated; CAROLYN DEJEAN, individually and on behalf of all others similarly situated; PAMELA ROGERS, individually and on behalf of all others similarly situated; LILLIAN BROWN, individually and on behalf of all others similarly situated; TERRY MALVO, individually and on behalf of all others similarly situated; <br><br>Plaintiffs, <br><br>vs. <br><br>BEAUMONT INDEPENDENT SCHOOL DISTRICT AND DR. CARROL THOMAS <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 1:03CV787 <br><br>JURY TRIAL DEMANDED <br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## JUDGMENT

Having considered the parties' Unopposed Motion to Dismiss and for Approval of Settlement (#137) and having determined that the Settlement Agreement is fair and in the best interests of the parties, it is **ORDERED, ADJUDGED,** and **DECREED,** that Defendant pay the settlement amount of $850,000.00 within 15 days from the date of this Order, allocated as follows:

1. $5,000.00 to be divided evenly amongst the named Plaintiffs;

2. $7,500.00 to be divided evenly amongst the discovery Plaintiffs who provided depositions in this case;

3. $545,000 shall be apportioned among the Plaintiffs in this case as follows:

   a. Bus Drivers/Riders:   $264,000.00

1

  b. Teacher's Aides/Clerks: $193,000.00

  c. Maintenance/Custodians: $50,000.00

  d. Cafeteria Workers: $35,000.00

  e. Miscellaneous: $3000.00

4. $280,500.00 shall be paid to Plaintiffs' counsel for attorneys' fees;

5. $12,000.00 shall be paid to Plaintiffs' counsel for costs; and

6. Those individuals receiving settlement funds shall sign a release of all FLSA claims against defendants, in a form prepared by defendants.

It is further **ORDERED, ADJUDGED,** and **DECREED** that all of the claims of the Named Plaintiffs and the Putative Class Members who opted-in this lawsuit, are hereby dismissed with prejudice. Except to the extent set forth above, costs are to be borne by the party incurring the same.

SIGNED this the _26th_ day of _October_, 2005 at Beaumont, Texas.

          _Marcia A. Crone_
          HONORABLE MARCIA CRONE
          UNITED STATES DISTRICT JUDGE